# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MALIK SHABAZZ,** | : | **VIOLATION:** |
| | : | |
| Defendant. | : | **18 U.S.C. § 912** |
| | : | **(False Personation of an Officer of the** |
| | : | **United States)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 28, 2011, within the District of Columbia, defendant **MALIK SHABAZZ** did falsley assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a United States Marshal, and in such assumed and pretended character did act as such, in that he falsely stated that he was a United States Marshal and used such assumed and pretended character to obtain something of value by passing through the pay gate at the

Gallery Place Metro Station without paying the required fare.

**(False Personation of an Officer of the United States**, in violation of Title 18, United States Code, Section 912)

                                                A TRUE BILL

                                                FOREPERSON

Attorney of the United States in
and for the District of Columbia